October 28, 1975.

Commonwealth *v.* Bedsaul, Appellant.

Submitted December 6, 1974. *R. Barclay Surrick* and *Ernest Kardas,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *Anna Iwachiw Vadino, Ralph B. D'Iorio,* and *John G. Siegle,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant, *v.* Berkheiser, et al.

Submitted June 9, 1975. *Allen E. Ertel,* District Attorney, for Commonwealth, appellant; *Peter T. Campana,* and *Campana & Campana,* for appellees.

Order affirmed.